Sealed
Public and unofficial staff access to this instrument are prohibited by court order

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
May 07, 2021
Nathan Ochsner, Clerk

UNITED STATES OF AMERICA §
§
v. §  CRIMINAL NO: 4:19-cr-0136-S1
§  **SEALED**
(09) JAIME CHAIDEZ §

## ORDER FOR ISSUANCE OF BENCH WARRANT

A _SUPERSEDING INDICTMENT_ has been returned against the defendant listed below.

It is ORDERED that a warrant be issued for the arrest of said defendant. Upon arrest and appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following:

<u>Defendant</u>

(09) JAIME CHAIDEZ

☑ DETENTION
☐ RELEASED ON CONDITIONS
☐ APPEARANCE BOND IN THE AMOUNT OF: $

SIGNED at Houston, Texas, on _May 5, 2021._

*Christine A Royce*
UNITED STATES MAGISTRATE JUDGE